UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville

Trevon Scott Barcus )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

3:20-cv-117
Corker/Guyton

v. )

Tennessee Bureau of Investigations )
_____ )
_____ )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

   B.  If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to the previous lawsuit:

          Plaintiffs: N/A

          Defendants: _____

1

2. COURT: (If federal court, name the district; if state court, name the county): N/A

3. DOCKET NUMBER: N/A

4. Name of Judge to whom case was assigned: N/A

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: Knox County Jail

   A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (X)

   C. If your answer is YES,

      1. What steps did you take? N/A

      2. What was the result? N/A

   D. If your answer to B is NO, explain why not. Not jail related.

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (X)

   F. If your answer is YES,

      1. What steps did you take? N/A

2

2. What was the result? N/A

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Trevon Scott Barcus

Present address: KCJ BA-3, 5001 Maloneyville Rd., Knoxville, TN 37918

Permanent home address: _____

Address of nearest relative: 120 Surrey Hill Rd #202, Monticello, KY, 42633

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Tennessee Bureau of Investigations

Official position: Tennessee Bureau of Investigations

Place of employment: _____

C. Additional defendants: _____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

1) In 2010 Plaintiff was convicted of a criminal offense in the State of Tennessee. The 2010

3

offense requires the Plaintiff to be on the sexual offender registry.

2.) The sexual offender registry is monitored by the Tennessee Bureau of Investigations. The Tennessee Bureau of Investigations has the authority to place individuals on the registry and remove individuals from the registry.

3.) The Tennessee Bureau of Investigations is an administrative agency. Tennessee Bureau of Investigations fixes rules for the sexual offender registry. A violation of these rules results in a felonious offense. The Tennessee Bureau of Investigations should not have the authority to make law. This violates the United States Constitution, Article 4, Section 4.

4.) The sexual offender rules are excessive and burdensome. The rules creates more restraint than reasonably necessary. The sexual offender rules violates the Constitution of the United States, 1st, 5th, 8th and 14th Amendments.

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Plaintiff seeks declaratory and injunctive relief from this court ordering the Plaintiffs' release from Community Supervision for Life.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 10th day of March, 2020.

_____
Signature of plaintiff(s)

5